**STATE of Missouri, Respondent,**

v.

**Sheila PERRY, Appellant.**

**No. WD 44309.**

Missouri Court of Appeals, Western District.

April 7, 1992.

J. Bryan Allee, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of two counts of selling a controlled substance, § 195.211, RSMo Supp.1990.

Affirmed. Rule 30.25(b).

**In the Interest of D.M.O., a Minor.**

**R.S., Natural Mother, Appellant,**

v.

**P.O. and R.O., Respondents.**

**No. WD 45000.**

Missouri Court of Appeals, Western District.

April 7, 1992.

Roger Guy Burnett, Liberty, for appellant.

J.C. Hambrick, Jr., William E. Shull, Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM.

Appellant appeals an order of the probate court denying her motion to terminate the guardianship of her minor child.

Affirmed. Rule 84.16(b).